In the Matter of the Application of CHARLES M. BYRNE, Appellant, to Review the Actions and Neglect of JOHN R. VOORHIES and Others, Constituting the Board of Elections of the City of New York, and the Custodians of the Primary Records, and Others, Constituting Various Boards of Inspectors of the Election Districts of the Eighth Assembly District, County of Kings, Borough of Brooklyn, City of New York. PATRICK J. DIAMOND, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

In the Matter of the Application of the CITY OF MOUNT VERNON, NEW YORK, a Municipal Corporation, under Section 94 of the Railroad Law,* etc., Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant. In the Matter of the Petition, under Section 90 of the Railroad Law,† of the CITY OF MOUNT VERNON, etc., Matter of Accounting. THE PUBLIC SERVICE COMMISSION, SECOND DISTRICT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Kelly and Jaycox, JJ., concurred; Blackmar, J., not voting.

In the Matter of the Judicial Settlement of the Account of ROBERT H. McGRATH, as Substituted Trustee, under the Will of JOHN C. MILES, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Putnam and Kelly, JJ., concurred; Blackmar, J., not voting.

In the Matter of the Judicial Settlement of the Account of Proceedings of FRANCIS W. MURRAY, JR., and JOSEPH MERRITT, as Executors, etc., of GEORGE W. MURRAY, Deceased, Respondents. GEORGE M. CRUMMEY and Another, Appellants.— Decree and order of the Surrogate's Court of Orange county affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

In the Matter of Proving the Last Will and Testament of ELIZA E. VAN NOSTRAND, Deceased, as a Will of Real and Personal Property. LESTER HAVENS and Others, Appellants; IDA VAN NOSTRAND, Respondent.— Decree and order of the Surrogate's Court of Queens county reversed, and new trial ordered, on the ground of error committed at folio 202 of the record in the admission of the commitment by the county judge (See *Boschen v. Stockwell*, 224 N. Y. 356), with costs of this appeal to the appellants to abide the final award of costs. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.